Same case below, 390 Fed. Appx. 652.

**No. 10-7923. Trevor Spears, Petitioner v. United States.**

562 U.S. 1191, 131 S. Ct. 1026, 178 L. Ed. 2d 849, 2011 U.S. LEXIS 634.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 391 Fed. Appx. 962.

**No. 10-7929. Butch Ray Dixon, Petitioner v. United States.**

562 U.S. 1191, 131 S. Ct. 1026, 178 L. Ed. 2d 849, 2011 U.S. LEXIS 707.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 396 Fed. Appx. 183.

**No. 10-7933. Arthur Michael Kinsella, Petitioner v. United States.**

562 U.S. 1191, 131 S. Ct. 1027, 178 L. Ed. 2d 849, 2011 U.S. LEXIS 659.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 622 F.3d 75.

**No. 10-7935. Eugene Ross Cousins, Petitioner v. United States.**

562 U.S. 1191, 131 S. Ct. 1027, 178 L. Ed. 2d 849, 2011 U.S. LEXIS 690.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 380 Fed. Appx. 255.

**No. 10-7936. Andrew Xavier Seay, Petitioner v. United States.**

562 U.S. 1191, 131 S. Ct. 1027, 178 L. Ed. 2d 849, 2011 U.S. LEXIS 613.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 620 F.3d 919.

**No. 10-7938. Luis A. Lebron-Ortiz, Petitioner v. United States.**

562 U.S. 1191, 131 S. Ct. 1028, 178 L. Ed. 2d 849, 2011 U.S. LEXIS 633.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-7940. Reinaldo Morales, Jr., Petitioner v. United States.**

562 U.S. 1191, 131 S. Ct. 1028, 178 L. Ed. 2d 849, 2011 U.S. LEXIS 664.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.